UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INDYMAC MBS, INC., RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A5CB; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR9; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR11; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A6; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A7CB; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR13; INDYMAC INDB MORTGAGE LOAN TRUST 2006-1; INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR21; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR19; INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR1; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR23; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-AlO; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR12; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR25; INDYMAC INDX MORTGAGE LOAN TRUST 2006-R1; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A11; INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR2; INDYMAC INDX MORTGAGE LOAN TRUST 2006- | Civil Action No. 09-CIV-04583 (LAK) |

AR27; INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H3; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A12; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR31; INDYMAC INDX MORTGAGE LOAN TRUST 2006-FLX1; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A13; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-R2; INDYMAC INDA MORTGAGE LOAN TRUST 2006-AR3; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR 14 (AND 5 ADDITIONAL GRANTOR TRUSTS FOR THE CLASS 1-AlA, CLASS 1-A2A, CLASS 1-A3A, CLASS 1-A3B AND CLASS 1-A4A CERTIFICATES, TO BE ESTABLISHED BY THE DEPOSITOR, INDYMAC MBS, INC.); RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A14CB; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR33; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A15; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR35; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR37; RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A16; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR41; INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR39; RESIDENTIAL ASSET SECURITIZATION TRUST; INDYMAC INDX MORTGAGE LOAN TRUST; INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR 1; RESIDENTIAL ASSET SECURITIZATION TRUST 2007-Al; INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX1; RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A2; INDYMAC INDX MORTGAGE LOAN

TRUST 2007-AR1; INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX2; RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A3; INDYMAC INDA MORTGAGE LOAN TRUST; INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR5; RESIDENTIAL ASSET SECURITIZATION TRUST 2007-AS; 1NDYMAC INDX MORTGAGE LOAN TRUST 2007-AR7; INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR9; INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR2; INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX3; INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR11; RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A6; INDYMAC IMSC MORTGAGE LOAN TRUST 2007-Fl; RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A7; INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR13; INDYMAC INDA MORTGAGE LOAN TRUST 2007-AR3; INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX4; INDYMAC IMJA MORTGAGE LOAN TRUST 2007-Al; INDYMAC IMJA MORTGAGE LOAN TRUST 2007-A2; JOHN OLINSKI; S. BLAIR ABERNATHY; RAPHAEL BOSTIC; SAMIR GROVER; SIMON HEYRICK; VICTOR H. WOODWORTH; BANC OF AMERICA SECURITIES LLC; J.P. MORGAN SECURITIES INC. as successor-in-interest to BEAR, STEARNS & CO. INC.; CITIGROUP GLOBAL MARKETS INC.; COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; GOLDMAN, SACHS & CO.; GREENWICH CAPITAL MARKETS, INC.; HSBC SECURITIES (USA) INC.; INDYMAC SECURITIES CORPORATION; J.P. MORGAN

| | |
|---|---|
| SECURITIES INC.; LEHMAN BROTHERS INC.; BANK OF AMERICA CORPORATION as successor-in-interest to MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; MORGAN STANLEY & CO. INC.; UBS SECURITIES LLC., MOODY'S INVESTOR SERVICES, INC.; THE MCGRAW-HILL COMPANIES and, FITCH RATINGS,<br>      Defendants. | |
| WYOMING STATE TREASURER and WYOMING RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,<br>      Plaintiffs,<br>v.<br>JOHN OLINSKI; S. BLAIR ABERNATHY; LYNETTE ANTOSH; RAPHAEL BOSTIC; SAMIR GROVER; SIMON HEYRICK; VICTOR H. WOODWORTH; INDYMAC INDX MORTGAGE LOAN TRUST SERIES 2006-AR11; INDYMAC INDX MORTGAGE LOAN TRUST SERIES 2006-AR29; INDYMAC INDX MORTGAGE LOAN TRUST SERIES 2006-AR35; INDYMAC INDX MORTGAGE LOAN TRUST SERIES 2006-FLX1; INDYMAC INDX MORTGAGE LOAN TRUST SERIES 2006-AR14; INDYMAC INDX MORTGAGE LOAN TRUST SERIES 2006-AR3; INDYMAC INDX MORTGAGE LOAN TRUST SERIES 2006-AR15; INDYMAC INDX MORTGAGE LOAN TRUST SERIES 2006-AR2; INDYMAC INDX MORTGAGE LOAN TRUST SERIES 2006-AR4; RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A2; INDYMAC INDX MORTGAGE LOAN TRUST SERIES 2006-AR7; INDYMAC RESIDENTIAL MORTGAGE BACKED TRUST SERIES 2006-L2; | Civil Action No. 09-CIV-5933 |

| |
|---|
| INDYMAC INDA MORTGAGE LOAN TRUST SERIES 2007-AR7; INDYMAC RESIDENTIAL ASSET BACKED TRUST SERIES 2006-D; INDYMAC INDA MORTGAGE LOAN TRUST SERIES 2006-AR2; BANK OF AMERICA CORPORATION as successor-in-interest to COUNTRYWIDE SECURITIES CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; J.P. MORGAN SECURITIES INC. as successor-in-interest to BEAR, STEARNS & CO. INC.; BANK OF AMERICA CORPORATION as successor-in-interest to MERRILL, LYNCH, PIERCE, FENNER & SMITH INC.; DEUTSCHE BANK SECURITIES INC.; GREENWICH CAPITAL MARKETS, INC (n/k/a RBS SECURITIES INC.); MORGAN STANLEY & CO., INC.; UBS SECURITIES LLC; MOODY'S INVESTORS SERVICE, INC.; FITCH RATINGS LTD.; and THE MCGRAW-HILL COMPANIES, Inc.,<br>                              Defendants. |

# **DECLARATION OF JEFFREY C. BLOCK**

I, Jeffrey C. Block, hereby declare the following under penalty of perjury:

1. I am an attorney admitted to practice in this District and am counsel for the Wyoming State Treasurer and the Wyoming Retirement System (collectively, the "Wyoming Funds"). I am submitting this declaration in support of the Wyoming Funds' motion for consolidation, appointment as Lead Plaintiff and selection of my firm, Berman DeValerio, as Lead Counsel.

2. Attached hereto are true and correct copies of the following documents:

   Exhibit A:   Notice of Pendency of Class Action published on the *Business Wire* on May 14, 2009.

   Exhibit B:   Individual Certifications and Joint Declaration of the Wyoming Funds in support of their motion.

   Exhibit C:   Firm Resume of Berman DeValerio

   Exhibit D:   Class Action Complaint in Case No. 09-CV-5933, *Wyoming State Treasurer and Wyoming Retirement System v. Olinski, et al*.

The foregoing is true to the best of my knowledge.

Dated: July 13, 2009

/s/ Jeffrey C. Block
Jeffrey C. Block