USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED #: 10/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re IndyMac Mortgage-Backed Securities Litigation<br><br>This Filing Relates to:  All Actions | Master Docket No. 09-Civ-04583 (LAK) |

## [PROPOSED] ORDER

This matter having been brought before the Court on Defendants' unopposed request for an extension of time to respond to the Consolidated Amended Complaint, the Court having reviewed and considered the letter offered in support of Defendants' request, it is hereby

ORDERED that:

1.     Defendants shall answer, move against, or otherwise respond to the Consolidated Amended Complaint on or before November 23, 2009.

2.     If Defendants file one or more motions to dismiss, Lead Plaintiffs shall file their opposition(s) to the motions to dismiss on or before January 12, 2010.

3.     Defendants shall file any reply papers in support of their motions to dismiss on or before February 5, 2010.

New York, NY
DATED: October __, 2009

SO ORDERED:

Honorable Lewis A. Kaplan
United States District Judge