UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re: INDYMAC MORTGAGE-BACKED
SECURITIES LITIGATION,

09 CIVIL 4583 (LAK)

## JUDGMENT

This document relates to: All Actions
-----------------------------------------------------------X

Defendants Fitch, Inc. ("Fitch"), The McGraw-Hill Companies, Inc. ("McGraw") and Moody's Investors Service, Inc. ("Moody's") having moved to dismiss the amended complaint as to them on the ground that it fails to state a claim upon which relief may be granted, and the matter having come before the Honorable Lewis A Kaplan, United States District Judge, and the Court, on February 5, 2010, having rendered its Order granting the defendants' motions to dismiss, accordingly, the motion of Fitch, McGraw and Moody's is granted in all respects and the amended complaint is dismissed as to those defendants only.

**Dated:** New York, New York
February 9, 2010

**J. MICHAEL McMAHON**

**Clerk of Court**

BY:

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____