# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ.-04583 (LAK) ECF CASE |
| This Document Relates To:<br><br>ALL ACTIONS |  |

**LEAD PLAINTIFFS AND ADDITIONAL FUNDS' MOTION TO INTERVENE AS NAMED-PLAINTIFFS PURSUANT TO FED. R. CIV. P. 24(b)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Intervene as Named-Plaintiffs Pursuant to Fed. R. Civ. P. 24(b) by court-appointed Lead Plaintiffs, Wyoming State Treasurer and Wyoming Retirement System (collectively, "Lead Plaintiffs"), and the City of Philadelphia Board of Pensions and Retirement ("Philadelphia Board of Pensions"), Los Angeles County Employees Retirement Association ("LACERA"), Police and Fire Retirement System of the City of Detroit ("PFERS") and Public Employees' Retirement System of Mississippi ("MissPERS") (collectively, the "Funds") ("Memorandum of Law") and the accompanying declarations submitted herewith, Lead Plaintiffs and the Funds respectfully move this Court pursuant to Fed. R. Civ. P. 24(b) for an order allowing the Funds to intervene as named-plaintiffs in the above-captioned action by permission.

The Funds purchased certain IndyMac mortgage-back securities that were not purchased by Lead Plaintiffs. Intervention will only be necessary if the Court grants Defendants' motions to dismiss certain of Lead Plaintiffs' claims in the Amended Consolidated Class Action Complaint for Violations of the Securities Act of 1933 (the "Consolidated Complaint") for lack of standing, as more fully discussed in the accompanying Memorandum of Law.

As discussed more fully in the accompanying Memorandum of Law, intervention is appropriate in this case because: (i) the Funds' claims are virtually identical to Lead Plaintiffs' claims; (ii) intervention would not unduly delay or prejudice the adjudication

of the existing parties' rights; and (iii) the motion is timely brought. Considerations of judicial and prosecutorial efficiency would be served by allowing the Funds to intervene here.

Dated:  May 17, 2010                    Respectfully submitted,

                                        **BERMAN DEVALERIO**


                                        s/Nicole Lavallee
                                        Nicole Lavallee (*admitted pro hac vice*)

                                        Joseph J. Tabacco, Jr. (JT-1994)
                                        One California Street, Suite 900
                                        San Francisco, CA 94111
                                        Telephone: (415) 433-3200
                                        Facsimile: (415) 433-6382
                                        Email:  jtabacco@bermandevalerio.com
                                                nlavallee@bermandevalerio.com

                                                -and-

                                        Patrick T. Egan (PE-6812)
                                        Kristen D. Tremble (admitted *pro hac vice*)
                                        Jason M. Leviton (admitted *pro hac vice*)
                                        One Liberty Square
                                        Boston , MA 02109
                                        Telephone:  (617) 542-8300
                                        Facsimile:  (617) 542-1194
                                        Email: pegan@bermandevalerio.com
                                                ktremble@bermandevalerio.com
                                                jleviton@bermandevalerio.com

                                        *Lead Counsel for the Class, Lead Plaintiffs*
                                        *Wyoming State Treasurer and the Wyoming*
                                        *Retirement System and LACERA*


        I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document.  In compliance with the Electronic Case Filing Rules & Instructions, I hereby attest that each of the signatories identified below has concurred in this filing.

**KOHN, SWIFT & GRAF, P.C.**

s/Denis F. Sheils
Joseph C. Kohn
Denis F. Sheils (DS-8374)
William E. Hoese
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
Email: JKohn@kohnswift.com
        DSheils@kohnswift.com
        WHoese@kohnswift.com

Lawrence P. Kolker
Rachel S. Poplock
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653
Email: Kolker@whafh.com
        Poplock@whafh.com

*Attorneys for Police and Fire Retirement
System of the City of Detroit*

**TRUJILLO RODRIGUEZ &
  RICHARDS, LLC**

s/Kenneth I. Trujillo
Kenneth I. Trujillo
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Telephone:  (215) 731-9004
Facsimile:  (215) 731-9044
Email: ktrujillo@trrlaw.com

Stewart L. Cohen
**COHEN, PLACITELLA & ROTH, P.C.**
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 567-3500
Facsimile: (215) 567-6019
Email: scohen@cprlaw.com

*Attorneys for the City of Philadelphia Board
of Pensions and Retirement*


**LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP**


s/Joy A. Kruse
Richard M. Heimann
Joy A. Kruse
Embarcadero Center West
275 Battery Street, Suite 2900
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: rheimann@lchb.com
        jakruse@lchb.com

John L. Gadow
**POND, GADOW & TYLER, P.A.**
502 South President Street
Jackson, MS 39201
Telephone: (601) 948-4878
johngadow@pgtlaw.com

*Attorneys for Public Employees' Retirement
System of Mississippi*