UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK)<br>ECF CASE |
| This Document Relates To:<br>    ALL ACTIONS | |

### NOTICE OF LEAD COUNSEL'S MOTION FOR REIMBURSEMENT OF EXPENSES AND ESTABLISHMENT OF LITIGATION FUND

PLEASE TAKE NOTICE that Berman DeValerio, Court-appointed Lead Counsel for Wyoming Retirement System and Wyoming State Treasurer ("Lead Plaintiffs") and the Settlement Class, hereby move this Court before the Honorable Lewis A. Kaplan, for an order pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure: (a) reimbursing litigation expenses incurred by plaintiffs' counsel; and (b) establishing a litigation fund in the amount of $1 million for the continued prosecution of the action against the non-settling defendants.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Plaintiffs submit and are filing herewith: Memorandum of Law in Support of Lead Counsel's Motion for Reimbursement of Expenses and Establishment of Litigation Fund; and the Declaration of Patrick T. Egan in Support of (A) Lead Plaintiffs' Motion for Final Approval of Partial Class Action Settlement With The Individual Defendants and Final Certification of The Settlement Class; and (B) Lead Counsel's Motion for Reimbursement of Expenses and Establishment of Litigation Fund.

The proposed order will be submitted with Lead Plaintiffs' reply submission on or before December 11, 2012.

Dated:  November 13, 2012                               Respectfully submitted,

**BERMAN DEVALERIO**

By:     *s/ Patrick T. Egan*

Patrick T. Egan (PE-6812)
One Liberty Square
Boston, Massachusetts 02109
Telephone:    (617) 542-8300
Facsimile:     (617) 542-1194

Joseph J. Tabacco, Jr. (JT-1994)
Nicole Lavalee (admitted *pro hac vice*)
Anthony D. Phillips
One California Street Suite 900
San Francisco, California 94111
Telephone:    (415) 433-3200
Facsimile:     (415) 433-6382

*Lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*