**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ.-04583 (LAK)<br>ECF CASE |
| This Document Relates To:<br><br>ALL ACTIONS | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/13

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLARIFICATION OF THE COURT'S JANUARY 2, 2013 ORDER DENYING LEAD PLAINTIFFS' MOTION TO COMPEL UNDERWRITER DEFENDANTS TO PRODUCE DOCUMENTS**

**PLEASE TAKE NOTICE THAT** Lead Plaintiffs, Wyoming State Treasurer and the Wyoming Retirement System, respectfully request the Court clarify its January 2, 2013 Order denying Lead Plaintiffs' Motion to Compel Production of Documents Reflecting the Underwriter Defendants' Communications with Investors and Market Participants (the "Order"). Docket Number ("Dkt.") 412.

Lead Plaintiffs specifically seek clarification as to whether the denial of their motion was with or without prejudice to renewal of the Motion to Compel, if the parties cannot resolve their dispute after meeting and conferring. As detailed below, the parties have opposing interpretations of the Court's Order.

In support of this motion, Lead Plaintiffs state as follows:

1. On December 12, 2012, Lead Plaintiffs filed their Motion to Compel Production of Documents Reflecting the Underwriter Defendants' Communications with Investors and Market Participants ("Motion to Compel"). Dkt. 403. Defendants filed their opposition on December 14, 2012. Dkt. 407. Defendants argued, inter alia, that Lead Plaintiffs had failed to

Clarification granted. Denial was with prejudice

SO ORDERED

LEWIS A. KAPLAN, USDJ

1/15/13