UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK)<br>ECF CASE |
| This Document Relates To:<br>    ALL ACTIONS | |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, APPROVAL OF FORM OF NOTICE AND SCHEDULING OF FINAL SETTLEMENT HEARING**

PLEASE TAKE NOTICE that Lead Plaintiffs Wyoming Retirement System and Wyoming State Treasurer ("Lead Plaintiffs"), on behalf of themselves and the proposed Settlement Class (as defined in the accompanying Memorandum of Law and the Stipulation and Agreement of Settlement, submitted concurrently herewith), hereby move this Court before the Honorable Lewis A. Kaplan for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure:   (1) certifying the Settlement Class for settlement purposes only; (2) appointing Lead Plaintiffs and other named plaintiffs as Class Representatives and Berman DeValerio as Class Counsel; (3) approving the proposed form of the Notice of Pendency of Class Action, Proposed Settlement With Underwriter Defendants, Plan of Allocation, Final Approval Hearing For Settlement With Underwriter Defendants, Voluntary Dismissal of Defendant IndyMac MBS, Inc., and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; (4) approving the proposed methods of disseminating notice; and (5) granting such other and further relief as the Court deems just and proper.

The proposed partial settlement was reached by Lead Plaintiffs and Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.); Morgan Stanley & Co., LLC (f/k/a Morgan Stanley & Co. Incorporated); RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.); and UBS Securities LLC. (the "Settling Defendants" or "Underwriter Defendants").

The Underwriter Defendants support the relief requested and will not oppose this motion.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Lead Plaintiffs submit herewith: (1) Memorandum of Law In Support of Lead Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Approval of Form of Notice and Scheduling of Final Settlement Hearing; and (2) the Declaration of Patrick T. Egan, attaching the Stipulation and Agreement of Settlement (which attaches a proposed order).

Dated: September 11, 2014

Respectfully submitted,

**BERMAN DEVALERIO**

By:   */s/ Nicole Lavallee*
       Nicole Lavallee

Joseph J. Tabacco, Jr. (JJT-1994)
Nicole Lavallee (admitted *pro hac vice*)
One California Street Suite 900
San Francisco, California 94111
Telephone:   (415) 433-3200
Facsimile:   (415) 433-6382

Patrick T. Egan (PE-6812)
One Liberty Square
Boston, Massachusetts 02109
Telephone:   (617) 542-8300
Facsimile:   (617) 542-1194

*Lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*