UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK)<br>ECF CASE |
| This Document Relates To:<br>    ALL ACTIONS | |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE FORM AND METHOD OF SUPPLEMENTAL NOTICE TO THE <u>INDIVIDUAL DEFENDANT SETTLEMENT CLASS</u>**

PLEASE TAKE NOTICE that Lead Plaintiffs Wyoming Retirement System and Wyoming State Treasurer ("Lead Plaintiffs"), on behalf of themselves and the Individual Defendant Settlement Class,[1] hereby move this Court before the Honorable Lewis A. Kaplan for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) approving the form of supplemental notice to be sent to the Individual Defendant Settlement Class; (ii) approving the proposed methods of disseminating notice; (iii) scheduling a hearing on Lead Plaintiffs' proposed Plan of Allocation and Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses; and (iv) granting such other and further relief as the Court deems just and proper.

The Individual Defendants support the relief requested and will not oppose this motion.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Lead Plaintiffs submit and are filing herewith: (i) Lead Plaintiffs' Memorandum of Law In Support of Lead

---

[1] The "Individual Defendant Settlement Class" means the "Settlement Class" as defined in this Court's September 6, 2012 Order Certifying The Class For Purposes of Partial Settlement and Approving Notice To The Settlement Class, ECF No. 368.

Plaintiffs' Unopposed Motion For Approval of The Form of Supplemental Notice To The Individual Defendant Settlement Class; and (ii) the Declaration of Patrick T. Egan (which attaches a proposed order at Exhibit 2).

Dated:  September 11, 2014                                    Respectfully submitted,

**BERMAN DEVALERIO**

By:   */s/ Nicole Lavallee*
         Nicole Lavallee

Joseph J. Tabacco, Jr. (JJT-1994)
Nicole Lavallee (admitted *pro hac vice*)
One California Street Suite 900
San Francisco, California 94111
Telephone:     (415) 433-3200
Facsimile:      (415) 433-6382

Patrick T. Egan (PE-6812)
One Liberty Square
Boston, Massachusetts 02109
Telephone:     (617) 542-8300
Facsimile:      (617) 542-1194

*Lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*