UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK) ECF CASE |
| | PROOF OF SERVICE |
| This Document Relates To:<br>    ALL ACTIONS | |

I, Elizabeth D'Entremont, declare under penalty of perjury that I have served a true and correct copy of the following documents upon each of the parties listed below by ECF on September 11, 2014:

1. NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, APPROVAL OF FORM OF NOTICE AND SCHEDULING OF FINAL SETTLEMENT HEARING;

2. MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, APPROVAL OF FORM OF NOTICE AND SCHEDULING OF FINAL SETTLEMENT HEARING;

3. NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE FORM AND METHOD OF SUPPLEMENTAL NOTICE TO THE INDIVIDUAL DEFENDANT SETTLEMENT CLASS;

4. MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE FORM AND METHOD OF SUPPLEMENTAL NOTICE TO THE INDIVIDUAL DEFENDANT SETTLEMENT CLASS;

5. DECLARATION OF PATRICK T. EGAN; and

6. PROOF OF SERVICE

**PARTIES SERVED**

| | |
|---|---|
| William R. Stein<br>Scott H. Christensen<br>**HUGHES HUBBARD & REED LLP**<br>1775 I Street, N.W., Suite 600<br>Washington, D.C.  20006-2401<br>Telephone: (202) 721-4600<br>Facsimile: (202) 721-4646<br>Email: stein@hugheshubbard.com<br>            christensen@hugheshubbard.com | ***Attorneys for Defendants IndyMac MBS, Inc.*** |
| Kenneth M. Katz<br>**HUGHES HUBBARD & REED LLP**<br>One Battery Park Plaza<br>New York, NY  10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email: katzk@hugheshubbard.com | ***Attorneys for Defendants IndyMac MBS, Inc.*** |
| Robert F. Serio<br>Aric H. Wu<br>Jason Myatt<br>Jeremy W. Stamelman<br>**GIBSON DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Email: rserio@gibsondunn.com<br>            awu@gibsondunn.com<br>            jmyatt@gibsondunn.com<br>            jstamelman@gibsondunn.com | ***Attorneys for Remaining Underwriter Defendants*** |
| Dean J. Kitchens<br>**GIBSON DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email: dkitchens@gibsondunn.com | ***Attorneys for Remaining Underwriter Defendants*** |

| | |
|---|---|
| Keara A. Bergin<br>Maureen A. Fitzgerald<br>**DEWEY PEGNO & KRAMARSKY LLP**<br>777 Third Avenue<br>New York, NY 10017<br>Telephone : (212) 943-9000<br>Facsimile : (212) 943-4325<br>Email: kbergin@dpklaw.com<br>         mfitzgerald@dpklaw.com | *Attorneys for Defendant Credit Suisse Securities (USA) LLC* |
| Joseph C. Kohn<br>Denis F. Sheils (DS-8374)<br>William E. Hoese<br>**KOHN, SWIFT & GRAF, P.C.**<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Telephone: (215) 238-1700<br>Facsimile: (215) 238-1968<br>Email: JKohn@kohnswift.com<br>         DSheils@kohnswift.com<br>         WHoese@kohnswift.com | *Attorneys for Class Representative Police and Fire Retirement System of the City of Detroit* |
| Lawrence P. Kolker<br>Gregory M. Nespole<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, New York 10016<br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4653<br>Email: Kolker@whafh.com<br>         Nespole@whafh.com | *Attorneys for Class Representative Police and Fire Retirement System of the City of Detroit* |
| Kenneth I. Trujillo<br>Ira N. Richards<br>**SCHNADER HARRISON SEGAL & LEWIS, LLP**<br>1600 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 751-2503<br>Email: ktrujillo@schnader.com<br>         irichards@schnader.com | *Attorneys for Class Representative City of Philadelphia Board of Pensions and Retirement* |

| | |
|---|---|
| Stewart L. Cohen<br>Jillian A. S. Roman<br>**COHEN, PLACITELLA & ROTH, P.C.**<br>Two Commerce Square, Suite 2900<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 567-3500<br>Facsimile: (215) 567-6019<br>Email: scohen@cprlaw.com<br>         JRoman@cprlaw.com | ***Attorneys for Class Representative City of Philadelphia Board of Pensions and Retirement***  |
| Richard M. Heimann<br>Joy A. Kruse<br>Michael J. Miarmi<br>Martin D. Quinones<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Embarcadero Center West<br>275 Battery Street, Suite 2900<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>Email: rheimann@lchb.com<br>         jakruse@lchb.com<br>         mmiarmi@lchb.com<br>         mquinones@lchb.com | ***Attorneys for Class Representative Public Employees' Retirement System of Mississippi***  |
| John L. Gadow<br>**STOVER, GADOW AND TYLER, PLLC**<br>775 East Fortification Street<br>Jackson, MS 39202<br>Telephone: (601) 949-5000<br>Email: john.gadow@sgtlawfirm.com | ***Attorneys for Class Representative Public Employees' Retirement System of Mississippi***  |
| Robin F. Zwerling<br>Jeffrey C. Zwerling<br>Justin M. Tarshis<br>**ZWERLING, SCHACHTER<br>& ZWERLING, LLP**<br>41 Madison Avenue, 32nd Floor<br>New York, NY 10010<br>Telephone: (212) 223-3900<br>Facsimile: (212) 371-5969<br>rzwerling@zsz.com<br>jzwerling@zsz.com<br>jtarshis@zsz.com | ***Attorneys for the General Retirement System of the City of Detroit***  |

4

| | |
|---|---|
| Joel P. Laitman<br>Christopher Lometti<br>Julie Goldsmith Reiser<br>Daniel B. Rehns<br>Kenneth M. Rehns<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>88 Pine Street, Fourteenth Floor<br>New York, NY 10005<br>Telephone: (212) 838-7797<br>jlaitman@cohenmilstein.com<br>clometti@cohenmilstein.com<br>jreiser@cohenmilstein.com<br>drehns@cohenmilstein.com<br>krehns@cohenmilstein.com | *Attorneys for Iowa Public Employees' Retirement System* |

Dated: Boston, Massachusetts  /s/ Elizabeth D'Entremont
September 11, 2014  Elizabeth D'Entremont
Berman DeValerio
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile:  (617) 542-1194