USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE: INDYMAC MORTGAGE-BACKED
SECURITIES LITIGATION

This document relates to:           *All Actions*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Master Docket
No. 09 Civ. 4583 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiffs have entered into a settlement with the underwriter defendants which, if approved, would dispose of all claims against all remaining defendants save those against IndyMac MBS, Inc. ("IndyMac") and moot the pending motion to expand the previously certified class. In the circumstances, plaintiffs' motion to expand the class [DI 470] is denied without prejudice to renewal in the event the settlement is not approved.

       SO ORDERED.

Dated:     September 15, 2014

/s/   Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge