**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK) ECF CASE |
| This Document Relates To:  ALL ACTIONS | |

**NOTICE OF FILING OF**
**AMENDED STIPULATION AND AGREEMENT OF SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiffs Wyoming Retirement System and Wyoming State Treasurer ("Lead Plaintiffs"), hereby file the attached Amended Stipulation And Agreement Of Settlement (the "Amended Stipulation"). *See* Ex. 1, hereto.

Lead Plaintiffs previously moved this Court for certification of a settlement class, approval of form of notice and scheduling of final settlement hearing in connection with a proposed settlement with the Underwriter Defendants. *See* Dkt Nos. 532-537. The Court then scheduled a telephonic conference call for September 18, 2014 to discuss the proposed settlement. In response to the Court's comments at the September 18 conference, Lead Plaintiffs now file the attached executed Amended Stipulation with accompanying revised exhibits. The Amended Stipulation and revised exhibits replace the documents previously filed as Exhibit A to the Declaration of Patrick T. Egan. *See* Dkt. 536-1

The Parties have agreed upon a proposed Notice Order, which is submitted as Exhibit A to the Amended Stipulation.

2

Dated:  September 22, 2014				Respectfully submitted,

**BERMAN DEVALERIO**


By:     */s/ Nicole Lavallee*         
           Nicole Lavallee

Joseph J. Tabacco, Jr. (JJT-1994)
Nicole Lavallee (admitted *pro hac vice*)
One California Street Suite 900
San Francisco, California 94111
Telephone:	(415) 433-3200
Facsimile:	(415) 433-6382

Patrick T. Egan (PE-6812)
One Liberty Square
Boston, Massachusetts 02109
Telephone:	(617) 542-8300
Facsimile:	(617) 542-1194

*Lead Counsel for Lead Plaintiffs and the
Proposed Settlement Class*