UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK)<br>ECF CASE |
| This Document Relates To:<br>     ALL ACTIONS | |

### NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE UNDERWRITER DEFENDANT SETTLEMENT AND THE PROPOSED PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF THE SETTLEMENT CLASS

PLEASE TAKE NOTICE that Wyoming Retirement System and Wyoming State Treasurer ("Lead Plaintiffs"), through counsel, hereby move this Court before the Honorable Lewis A. Kaplan, for an order approving (i) final approval of the proposed settlement with the Underwriter Defendants;[1] (ii) final certification of the Settlement Class; and (iii) final approval of the proposed plan of allocation of the Net Settlement Fund (the "Plan of Allocation") and finding that the Plan of Allocation is, in all respects, fair and reasonable to the Class.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Plaintiffs submit and are filing herewith:  (1) Memorandum of Law in Support of Motion For Final Approval of the Underwriter Defendant Settlement and the Proposed Plan of Allocation, and Final Certification of the Settlement Class; (2) the Declaration of Patrick T. Egan in Support of

---

[1] The "Underwriter Defendants," also called the "Settling Defendants," are:  Credit Suisse Securities (USA) LLC; Deutsche Bank Securities, Inc.; J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.) (in its own right and as successor-in-interest to Bear Stearns & Co., Inc.); RBS Securities, Inc. (as successor-in-interest to Greenwich Capital Markets, Inc.); Morgan Stanley & Co., LLC (f/k/a Morgan Stanley & Co. Incorporated); and UBS Securities LLC.

Lead Plaintiffs' Motion For Final Approval of Class Action Settlement and Plan of Allocation and Motion For Attorneys' Fees and Reimbursement of Litigation Expenses;[2] (3) the Declaration of Brett Brandenberg in Support of Plan of Allocation; (4) the Declaration of Elizabeth Anderson, General Counsel of the Wyoming State Treasurer, in Support of Final Approval of the Underwriter Defendant Settlement, Reimbursement of Certain of Lead Plaintiffs' Reasonable Costs and Expenses Incurred in Representation of The Class, and an Award of Attorneys' Fees and Reimbursement of Expenses; (5) the Declaration of Benjamin Brandes, Chief Legal Officer of the Wyoming Retirement System, in Support of Final Approval of the Underwriter Defendant Settlement, Reimbursement of Certain of Lead Plaintiffs' Reasonable Costs and Expenses Incurred in Representation of the Class, and an Award of Attorneys' Fees and Reimbursement of Expenses; and (6) the Affidavit of Jason Rabe Regarding Notice Administration.

      The proposed orders will be submitted with Lead Plaintiffs' reply submission on or before January 27, 2015.

//

//

//

---

[2] The declarations are being submitted it the Court in a Compendium of Declarations.

Dated:  December 30, 2014

Respectfully submitted,

**BERMAN DEVALERIO**

By: /s/ Nicole Lavallee

Joseph J. Tabacco, Jr. (JJT-1994)
Nicole Lavallee (admitted *pro hac vice*)
Anthony D. Phillips (admitted *pro hac vice*)
One California Street Suite 900
San Francisco, California 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
jtabacco@bermandevalerio.com
nlavallee@bermandevalerio.com
aphillips@bermandevalerio.com

Patrick T. Egan (PE-6812)
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
pegan@bermandevalerio.com

*Class Counsel, Counsel for Lead Plaintiffs, the Wyoming State Treasurer and Wyoming Retirement System, and Counsel for Settlement Class Representative the Los Angeles County Employees Retirement Association*