UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK)<br>ECF CASE |
| This Document Relates To:<br>    ALL ACTIONS | |

**NOTICE OF SETTLEMENT CLASS REPRESENTATIVES' COUNSEL'S MOTION
FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that Settlement Class Representatives[1] ("Plaintiffs' Counsel"),[2] hereby move this Court before the Honorable Lewis A. Kaplan, for an order approving their application (1) for an aggregate award of attorneys' fees of $44,890,000, or 12.974% of the $346 million Global Settlement Fund,[3] plus interest, and reimbursement of Additional Litigation Expenses of $2,971,114.16 to be paid out of the Global Settlement Fund;

---

[1] All capitalized terms not otherwise defined herein have the same meaning as set forth in (i) the Amended Stipulation and Agreement of Settlement, dated September 19, 2014 and filed on September 22, 2014 ("Underwriter Defendant Stipulation") (ECF No. 539-1); and (ii) the Amended Stipulation and Agreement of Partial Settlement, dated and filed July 31, 2012 ("Individual Defendant Stipulation") (ECF No. 365-1).  Unless otherwise noted, the phrase "Individual Defendant" has been added to all defined terms in the Individual Defendant Stipulation to distinguish the settlement with the Individual Defendants from that with the Underwriter Defendants.

[2] "Plaintiffs' Counsel" includes Lead Counsel and "Additional Plaintiffs' Counsel," which include the law firms of Cohen Milstein Sellers & Toll PLLC; Cohen, Placitella & Roth, P.C.; Kohn, Swift & Graf, P.C.; Lieff Cabraser Heimann & Bernstein, LLP; Schnader Harrison Segal & Lewis, LLP; Trujillo Rodriguez & Richards, LLC; Wolf Haldenstein Adler Freeman & Herz LLP; and Zwerling, Schachter & Zwerling, LLP.

[3] "Global Settlement Fund" refers to $346 million settlement, including the $340 million settlement with the Underwriter Defendants (the "Underwriter Defendant Settlement") and the $6 million from the Settled Individual Defendants (hereinafter the "Individual Defendants") (the "Individual Defendant Settlement") (together, the "Underwriter Defendant Settlement" and the "Individual Defendant Settlement" are referred to as the "Settlements").

(2) for reimbursement of certain of Lead Plaintiffs' reasonable costs and expenses in the amounts of $14,050 and $13,675 to Lead Plaintiffs, the Wyoming State Treasurer and Wyoming Retirement System, respectively, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1 (a)(4); and (3) for an order approving a proportional allocation of any Court awarded fee and expenses between the Individual Defendant Settlement and Underwriter Defendant Settlement.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Plaintiffs submit and are filing herewith: (1) Memorandum of Law in Support of Settlement Class Representatives' Counsel's Motion For Attorneys' Fees and Reimbursement of Expenses; (2) the Declaration of Patrick T. Egan in Support of Lead Plaintiffs' Motion For Final Approval of Class Action Settlement and Plan of Allocation and Motion For Attorneys' Fees and Reimbursement of Litigation Expenses;[4] (3) the Affidavit of Jason Rabe Regarding Notice Administration; (4) the Declaration of Elizabeth Anderson, General Counsel of the Wyoming State Treasurer, in Support of Final Approval of the Underwriter Defendant Settlement, Reimbursement of Certain of Lead Plaintiffs' Reasonable Costs and Expenses Incurred in Representation of the Class, and an Award of Attorneys' Fees and Reimbursement of Expenses; (5) the Declaration of Benjamin Brandes, Chief Legal Officer of the Wyoming Retirement System, in Support of Final Approval of the Underwriter Defendant Settlement, Reimbursement of Certain of Lead Plaintiffs' Reasonable Costs and Expenses Incurred in Representation of the Class, and an Award of Attorneys' Fees and Reimbursement of Expenses; and (6) the Declarations of Plaintiffs' Counsel in Support of Settlement Class Representatives Counsels' Motion For Attorneys' Fees and Reimbursement of Expenses.

---

[4] The declarations are being submitted it the Court in a Compendium of Declarations.

The proposed order will be submitted with Lead Plaintiffs' reply submission on or before January 27, 2015.

Dated: December 30, 2014    Respectfully submitted,

**BERMAN DEVALERIO**

By:   /s/ Nicole Lavallee

Joseph J. Tabacco, Jr. (JJT-1994)
Nicole Lavallee (admitted *pro hac vice*)
Anthony D. Phillips (admitted *pro hac vice*)
One California Street Suite 900
San Francisco, California 94111
Telephone:    (415) 433-3200
Facsimile:    (415) 433-6382
jtabacco@bermandevalerio.com
nlavallee@bermandevalerio.com
aphillips@bermandevalerio.com

Patrick T. Egan (PE-6812)
One Liberty Square
Boston, Massachusetts 02109
Telephone:    (617) 542-8300
Facsimile:    (617) 542-1194
pegan@bermandevalerio.com

*Class Counsel, Counsel for Lead Plaintiffs, the Wyoming State Treasurer and Wyoming Retirement System, and Counsel for Settlement Class Representative the Los Angeles County Employees Retirement Association*

Joseph C. Kohn
Denis F. Sheils (DS-8374)
William E. Hoese
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
JKohn@kohnswift.com
DSheils@kohnswift.com
WHoese@kohnswift.com

Lawrence P. Kolker
Gregory M. Nespole
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653
Kolker@whafh.com
Nespole@whafh.com

*Counsel for Settlement Class Representative Police and Fire Retirement System of the City of Detroit*


Kenneth I. Trujillo
Ira N. Richards
**SCHNADER HARRISON SEGAL & LEWIS, LLP**
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2503
irichards@schnader.com

Stewart L. Cohen
Jacob A. Goldberg
Jillian A. S. Roman
**COHEN, PLACITELLA & ROTH, P.C.**
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 567-3500
Facsimile: (215) 567-6019
scohen@cprlaw.com
jgoldberg@cprlaw.com
JRoman@cprlaw.com

*Counsel for Settlement Class Representative City of Philadelphia Board of Pensions and Retirement*

Richard M. Heimann
Joy A. Kruse
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Embarcadero Center West
275 Battery Street, Suite 2900
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
rheimann@lchb.com
jakruse@lchb.com

John L. Gadow
**STOVER, GADOW AND TYLER, PLLC**
775 East Fortification Street
Jackson, MS 39202
Telephone: (601) 949-5000
john.gadow@sgtlawfirm.com

*Counsel for Settlement Class Representative Public Employees' Retirement System of Mississippi*

Robin F. Zwerling
Jeffrey C. Zwerling
Justin M. Tarshis
**ZWERLING, SCHACHTER**
**& ZWERLING, LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
rzwerling@zsz.com
jzwerling@zsz.com
jtarshis@zsz.com

*Counsel for Settlement Class Representative the General Retirement System of the City of Detroit*

Joel P. Laitman
Christopher Lometti
Julie Goldsmith Reiser
Daniel B. Rehns
Kenneth M. Rehns
**COHEN MILSTEIN SELLERS &**
**TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
jreiser@cohenmilstein.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

*Counsel for Settlement Class Representative Iowa Public Employees' Retirement System*