UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| in re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK)<br>ECF CASE |
| This Document Relates To:<br>    ALL ACTIONS | |

**COMPENDIUM OF DECLARATIONS**

**Volume 3 of 3**

|  | **TAB** |
|---|---|

**Volume 1 of 3**

Declaration of Patrick T. Egan in Support of Lead Plaintiffs' Motion For Final Approval of Class Action Settlement and Plan of Allocation and Motion For Attorneys' Fees and Reimbursement of Litigation Expenses..........................................................1

**Volume 2 of 3**

Declaration of Brett Brandenberg in Support of Plan of Allocation ...............................................2

Affidavit of Jason Rabe Regarding Notice Administration............................................................3

Declaration of Elizabeth Anderson, General Counsel of The Wyoming State Treasurer, in Support of Final Approval of The Underwriter Defendant Settlement, Reimbursement of Certain of Lead Plaintiffs' Reasonable Costs and Expenses Incurred in Representation of The Class, and an Award of Attorneys' Fees and Reimbursement of Expenses..........................................................................................4

Declaration of Benjamin Brandes, Chief Legal officer of The Wyoming Retirement System, in Support of Final Approval of The Underwriter Defendant Settlement, Reimbursement of Certain of Lead Plaintiffs' Reasonable Costs and Expenses Incurred in Representation of The Class, and an Award of Attorneys' Fees and Reimbursement of Expenses..........................................................................................5

Declaration of Nicole Lavallee in Support of Settlement Class Representatives Counsels' Motion For Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Berman DeValerio ........................................................................................................6

Declaration of Julie Goldsmith Reiser in Support of Settlement Class Representative Counsels' Motion For Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Cohen Milstein Sellers & Toll PLLC ................................................7

**Volume 3 of 3**

Declaration of Jacob A. Goldberg in Support of Settlement Class Representatives Counsels' Motion For Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Cohen Placitella & Roth,P.C. .....................................................................................8

Declaration of Denis F. Sheils in Support of Settlement Class Representatives' Counsel's Motion For Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Kohn, Swift & Graf, P.C.........................................................................................9

Declaration of Joy A. Kruse in Support of Settlement Class Representatives' Counsel's Motion For Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Lieff Cabraser Heimann & Bernstein, LLP ..................................................................10

Declaration of Ira Neil Richards in Support of Settlement Class Representatives' Motion For Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Trujillo Rodriguez & Richards, LLC and Schnader Harrison Segal & Lewis LLP ......................11

Declaration of Lawrence P. Kolker in Support of Settlement Class Representatives' Counsel's Motion For Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Wolf Haldenstein Adler Freeman & Herz LLP ................................12

Declaration of Robin F. Zwerling in Support of Settlement Class Representatives' Motion For Attorneys' Fees and Reimbursement of Counsels' Expenses Filed on Behalf of Zwerling, Schachter & Zwerling, LLP ..........................................................................13