UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-CIV-04583 (LAK) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF ROBERT F. SERIO**

ROBERT F. SERIO, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendant Deutsche Bank Securities Inc., as well as Defendants Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.), Morgan Stanley & Co. LLC (f/k/a Morgan Stanley & Co. Incorporated), RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.), and UBS Securities LLC in the above-captioned action. I respectfully submit this declaration in response to Pacific Investment Management Company, LLC's Objection to the Proposed Settlement (Dkt. 554).

2. Attached as Exhibit A is a copy of relevant excerpts from the Stipulation of Settlement, filed September 25, 2013, in *Tsereteli v. Residential Asset Securitization Trust 2006-A8*, 08-cv-10637 (S.D.N.Y.).

3. Attached as Exhibit B is a copy of the Final Judgment and Order of Dismissal with Prejudice, filed January 27, 2014, in *Tsereteli v. Residential Asset Securitization Trust 2006-A8*, No. 08-cv-10637 (S.D.N.Y.).

4. Attached as Exhibit C is a copy of relevant excerpts from the Stipulation and Agreement of Settlement, filed July 31, 2012, in *Pub. Emps.' Ret. Sys. of Miss. v. Goldman Sachs Grp., Inc.*, No. 09-cv-1110 (S.D.N.Y.).

5. Attached as Exhibit D is a copy of the Order and Final Judgment, filed November 8, 2012, in *Pub. Emps.' Ret. Sys. of Miss. v. Goldman Sachs Grp., Inc.*, No. 09-cv-1110 (S.D.N.Y.).

6. Attached as Exhibit E is a copy of relevant excerpts from the Stipulation and Agreement of Settlement in *N.J. Carpenters Vacation Fund v. Harborview Mortg. Loan Trust 2006-4*, No. 08-cv-5093 (S.D.N.Y.).

7. Attached as Exhibit F is a copy of the Amended Order and Final Judgment, filed November 4, 2014, in *N.J. Carpenters Vacation Fund v. Harborview Mortg. Loan Trust 2006-4*, No. 08-cv-5093 (S.D.N.Y.).

8. Attached as Exhibit G is a copy of relevant excerpts from the Stipulation and Agreement of Settlement, filed March 26, 2012, in *Mass. Bricklayers & Masons Trust Funds v. Deutsche Alt-A Sec., Inc.*, No. 08-cv-3178 (E.D.N.Y.).

9. Attached as Exhibit H is a copy of the Final Order and Judgment, filed July 11, 2012, in *Mass. Bricklayers & Masons Trust Funds v. Deutsche Alt-A Sec., Inc.*, No. 08-cv-3178 (E.D.N.Y.).

10. Attached as Exhibit I is a copy of relevant excerpts from the Stipulation of Settlement, filed August 27, 2012, in *City of Ann Arbor Emps.' Ret. Sys. v. Citigroup Mortg. Loan Trust, Inc.*, No. 08-cv-1418 (E.D.N.Y.).

11. Attached as Exhibit J is a copy of the Final Order and Judgment, filed December 5, 2012, in *City of Ann Arbor Emps.' Ret. Sys. v. Citigroup Mortg. Loan Trust, Inc.*, No. 08-cv-1418 (E.D.N.Y.).

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 27, 2015.

Robert F. Serio