UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09 Civ. 04583 (LAK)<br><br>ECF CASE |
| This Document Relates To:<br><br>ALL ACTIONS. | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Benjamin Galdston, Esquire, as counsel on behalf of Objector Pacific Investment Management, LLC in the above-captioned action.

Dated: February 3, 2015                    Respectfully submitted,

                                                       BERNSTEIN LITOWITZ BERGER
                                                          & GROSSMANN LLP

                                                      */s/ Benjamin Galdston*
                                                      BENJAMIN GALDSTON

                                                      BENJAMIN GALDSTON
                                                      12481 High Bluff Drive, Suite 300
                                                      San Diego, CA 92130
                                                      Tel:    (858) 793-0070
                                                      Fax:   (858) 793-0323
                                                      beng@blbglaw.com