UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09 Civ. 04583 (LAK)<br>ECF CASE |
|---|---|
| This Document Relates To:<br>ALL ACTIONS. | |

**PROOF OF SERVICE**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on February 3, 2015, declarant caused to be served the following documents:

**NOTICE OF APPEARANCE, and**
**PROOF OF SERVICE**

**PARTIES SERVED**

| | |
|---|---|
| William R. Stein<br>Scott Hu Christensen<br>**Hughes Hubbard & Reed LLP**<br>1775 I Street, N.W., Suite 600<br>Washington, DC 20006<br>Tel: (202)-721-4644<br>Fax: (202)-721-4646<br>Email: stein@hugheshubbard.com<br>scott.christensen@hugheshubbard.com | *Attorneys for Defendants IndyMac MBS, Inc.* |
| Kenneth Martin Katz<br>**Hughes Hubbard & Reed LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: (212) 837-6028<br>Fax: (212) 422-4726 | *Attorneys for Defendants IndyMac MBS, Inc.* |

| | |
|---|---|
| Email: katzk@hugheshubbard.com | |
| Robert F. Serio<br>Aric H. Wu<br>**Gibson, Dunn & Crutcher, LLP**<br>200 Park Avenue, 48th Floor<br>New York, NY 10166<br>Tel: (212) 351-3917<br>Fax: (212) 351-5246<br>Email: rserio@gibsondunn.com<br>awu@gibsondunn.com | *Attorneys for Remaining Underwriter Defendants* |
| Dean J. Kitchens<br>**Gibson, Dunn & Crutcher, LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: (213) 229-7416<br>Fax: (213) 229-6416<br>Email: dkitchems@gibsondunn.com | *Attorneys for Remaining Underwriter Defendants* |
| Keara A. Bergin<br>Maureen A. Fitzgerald<br>**Dewey, Pegno & Kramarsky, LLP**<br>777 Third Avenue<br>New York, NY 10017<br>Tel: (212) 943 9000<br>Fax: (212)943 4325<br>Email: kbergin@dpklaw.com<br>mfitzgerald@dpklaw.com | *Attorneys for Defendant Credit Suisse Securities (USA) LLC* |
| Norman Berman<br>Patrick Thomas Egan<br>**Berman DeValerio**<br>One Liberty Square, 8th Floor<br>Boston, MA 02109<br>Tel: (617)-542-8300<br>Fax: (617)-542-1194<br>Email: nberman@bermandevalerio.com | *Attorneys for Lead Plaintiff Wyoming State Treasurer* |
| Daniel E. Barenbaum<br>Nicole Catherine Lavallee<br>Anthony D. Phillips<br>**Berman Devalerio**<br>One California Street<br>Suite 900<br>San Francisco, CA 94111<br>(415) 433-3200<br>Fax: (415) 433-6382<br>Email: dbarenbaum@bermandevalerio.com | *Attorneys for Lead Plaintiff Wyoming State Treasurer* |

| | |
|---|---|
| Joseph J. Tabacco , Jr.<br>**Berman, DeValerio, Pease, Tabacco, Burt & Pucillo**<br>425 California Stret<br>Suite 2100<br>San Franciso, CA 94104<br>(415) 433-3200<br>Fax: (415) 433-6382<br>Email: jtabacco@bermandevalerio.com | *Attorneys for Lead Plaintiff Wyoming State Treasurer* |
| Joseph C. Kohn<br>Denis Francis Sheils<br>William E. Hoese<br>**Kohn, Swift, & Graf, P.C.**<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>Tel: (215) 238-1700<br>Fax: (215) 238-1968<br>Email: JKohn@kohnswift.com<br>dsheils@kohnswift.com<br>WHoese@kohnswift.com | *Attorneys for Class Representative Police and Fire Retirement System of the City of Detroit* |
| Lawrence P. Kolker<br>Gregory M. Nespole<br>**Wolf Haldenstein Adler Freeman & Herz LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Tel: (212) 545-4600<br>Fax: (212) 545-4677<br>Email: kolker@whafh.com<br>nespole@whafh.com | *Attorneys for Class Representative Police and Fire Retirement System of the City of Detroit* |
| Kenneth I. Trujillo<br>Ira N. Richards<br>**Schnader Harrison Segal & Lewis LLP**<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 751-2000<br>Fax: (215)-751-2205<br>Email: ktrujillo@schnader.com<br>irichards@schnader.com | *Attorneys for Class Representative City of Philadelphia Board of Pensions and Retirement* |
| Stewart L. Cohen<br>Jillian A. S. Roman<br>**Cohen, Placitella & Roth, P.C.**<br>Two Commerce Square, Suite 2900<br>Philadelphia, PA 19103<br>Tel: (215) 567-3500 | *Attorneys for Class Representative City of Philadelphia Board of Pensions and Retirement* |

| | |
|---|---|
| Fax: (215) 567-6019<br>Email: scohen@cprlaw.com<br>JRoman@cprlaw.com | |
| Richard M. Heimann<br>Joy A. Kruse<br>Michael J. Miarmi<br>Martin D. Quinones<br>**Leiff, Cabrasser, Heimann & Bernstein LLP**<br>780 Third Ave., 48th Floor<br>New York, NY 10017-2024<br>Tel: (212) 355-9500<br>Fax: (212) 355-9592<br>Email: rheimann@lchb.com<br>jakruse@lchb.com<br>mmiarmi@lchb.com<br>mquinones@lchb.com | *Attorneys for Class Representative Public Employees' Retirement System of Mississippi* |
| John L. Gadow<br>**Stover, Gadow and Tyler, PLLC**<br>775 East Fortification Street<br>Jackson, MS 39202<br>Tel: (601) 949-5000<br>Email: john.gadow@sgtlawfirm.com | *Attorneys for Class Representative Public Employees' Retirement System of Mississippi* |
| Robin F. Zwerling<br>Jeffrey C. Zwerling<br>Justin M. Tarshis<br>**Zwerling, Schachter & Zwerling, LLP**<br>41 Madison Avenue, 32nd Floor<br>New York, NK 10010<br>Tel: (212) 223-3900<br>Fax: (212) 371-5969<br>Email: rzwerling@zsz.com<br>jzwerling@zsz.com<br>jtarshis@zsz.com | *Attorneys for the General Retirement System of the City of Detroit* |
| Joel P. Laitman<br>Christopher Lometti<br>Julie Goldsmith Reiser<br>Daniel B. Rehns<br>Kenneth M. Rehns<br>**Cohen Milstein Sellers & Toll PLLC**<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Tel: (212) 838-7797<br>Email: jlaitman@cohenmilstein.com<br>clometti@cohenmilstein.com<br>jreiser@cohenmilstein.com<br>drehns@cohenmilstein.com | *Attorneys for Iowa Public Employees' Retirement System* |

| krehns@cohenmilstein.com | |
|---|---|

Dated: February 3, 2015

Dena Bielasz
Certified Paralegal

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323