UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK) ECF CASE |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF APPEAL** |

Notice is hereby given that Pacific Investment Management Company, LLC, as investment manager of certain funds and accounts that are members of the Underwriter Defendant Settlement Class, hereby submits this Notice of Appeal to the United States Court of Appeals for the Second Circuit, to appeal the Order And Final Judgment entered in the above-captioned action on February 23, 2015 [ECF No. 565].

Dated: March 25, 2015

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

*/s/ Blair A. Nicholas*
       BLAIR A. NICHOLAS

BLAIR A. NICHOLAS
BENJAMIN A. GALDSTON
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Counsel for Pacific Investment Management Company, LLC*