

Kaplan, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-CIV-04583 (LAK) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/15

### STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the reasons set forth in the Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Approval of Form of Notice and Scheduling of Final Settlement Hearing, filed September 11, 2014 [Dkt. No. 533], it is hereby stipulated and agreed that this action be dismissed with prejudice as against defendant IndyMac MBS, Inc., without costs, expenses, or attorneys' fees to any party. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, notice has been provided to all class members who would be bound by the proposal, and a hearing has been held relating to such notice. There were no objections to the proposal to voluntarily dismiss IndyMac MBS, Inc.

****

65434225_1

DATED: April 8, 2015

Respectfully submitted,

**BERMAN DEVALERIO**

By: _____
Joseph J. Tabacco, Jr. (JJT-1994)

Nicole Lavallee (*pro hac vice*)
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Emails: jtabacco@bermandevalerio.com
nlavallee@bermandevalerio.com

- and -

Patrick T. Egan (PE-6812)
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermandevalerio.com

*Lead Counsel for Lead Plaintiffs*

DATED: April 8, 2015

**HUGHES HUBBARD & REED LLP**

By: Scott H. Christensen (JJT)
Scott H. Christensen

William R. Stein
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
Email: christensen@hugheshubbard.com
stein@hugheshubbard.com

*Attorneys for Defendant IndyMac MBS, Inc.*

The Court hereby finds and concludes that the voluntary dismissal of IndyMac MBS, Inc. is, in all respects, fair and reasonable. Therefore, **IT IS SO ORDERED**.

DATED: 4/9/15

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE