**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK)<br>ECF CASE |
| This Document Relates To:<br>    ALL ACTIONS | |

## NOTICE OF APPEAL

Notice is hereby given that Lead Counsel Berman DeValerio and additional plaintiffs' counsel Kohn, Swift & Graf, P.C.; Wolf Haldenstein Adler Freeman & Herz LLP; Schnader Harrison Segal & Lewis LLP; and Cohen, Placitella & Roth, P.C., in the above named civil action, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion (ECF No. 569), entered in this action on March 24, 2015.

Dated: April 22, 2015            Respectfully submitted,

                                 **BERMAN DEVALERIO**

                                 By:    */s/ Joseph J. Tabacco, Jr.*
                                        Joseph J. Tabacco, Jr.

                                 Joseph J. Tabacco, Jr. (JJT-1994)
                                 Nicole Lavallee (admitted *pro hac vice*)
                                 One California Street Suite 900
                                 San Francisco, California 94111
                                 Telephone: (415) 433-3200
                                 Facsimile: (415) 433-6382
                                 jtabacco@bermandevalerio.com
                                 nlavallee@bermandevalerio.com

Patrick T. Egan (PE-6812)
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
pegan@bermandevalerio.com

*Lead Counsel*

Joseph C. Kohn
Denis F. Sheils (DS-8374)
William E. Hoese
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
JKohn@kohnswift.com
DSheils@kohnswift.com
WHoese@kohnswift.com

Lawrence P. Kolker
Gregory M. Nespole
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653
Kolker@whafh.com
Nespole@whafh.com

Ira N. Richards
**SCHNADER HARRISON SEGAL & LEWIS LLP**
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2503
Facsimile: (215) 751-2205
irichards@schnader.com

Stewart L. Cohen
Michael Coren
Jillian A. S. Roman
**COHEN, PLACITELLA & ROTH, P.C.**
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 567-3500
Facsimile: (215) 567-6019
scohen@cprlaw.com
mcoren@@cprlaw.com
JRoman@cprlaw.com

*Additional Plaintiffs' Counsel*