N.Y.S.D. Case #
09-cv-4583(LAK)

**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of June, two thousand fifteen.

_____

In Re: IndyMac Mortgage-Backed Securities Litigation
-----------------------------------------------------------------------
Wyoming State Treasurer, Wyoming Retirement System,

    *Plaintiffs-Appellees*,

    v.

Pacific Investment Management Company LLC,

    *Objector-Appellant*.
_____

**ORDER**
Docket No. 15-892

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 25, 2015

Objector-Appellant Pacific Investment Management Company LLC moves for voluntary dismissal of this appeal pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/10/2015