S.D.N.Y. – N.Y.C.
09-cr-4583
Kaplan, J.

# United States Court of Appeals
### FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of September, two thousand sixteen.

Present:

    Robert A. Katzmann,
        *Chief Judge,*
    Robert D. Sack,
    Peter W. Hall,
        *Circuit Judges*.

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 06, 2016**

Berman DeValerio, et al.,

        *Appellants*,

Police and Fire Retirement System of
the City of Detroit, Individually and on
behalf of all others similarly situated, et al.,

        *Plaintiffs*,

    v.                                                          15-1310

John Olinski, et al.,

        *Defendants-Appellees,*

Indymac MBS, Incorporated, et al.,

        *Defendants*,

Lynette Antosh, et al.

        *Consolidated-Defendants*.

Appellants move for summary reversal of the district court's order that partially granted their request for attorney's fees and litigation costs.   Upon due consideration, it is hereby ordered that the motion is DENIED.   Cf. *United States v. Davis*, 598 F.3d 10, 13-14 (2d Cir. 2010).

                        FOR THE COURT:
                        Catherine O'Hagan Wolfe, Clerk

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON SEPTEMBER 6, 2016