UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK) <br> ECF CASE <br><br> **ORAL ARGUMENT REQUESTED** |
| This Document Relates to: <br><br> ALL ACTIONS | |

**NOTICE OF APPELLATE COUNSEL WILLIAM B. RUBENSTEIN'S MOTION FOR ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Appellate Counsel William B. Rubenstein, in the above-referenced matter, will move this Court, at a date and time to be determined by this Court, for an order, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, granting Appellate Counsel: (1) an award of attorneys' fees of $200,000, plus interest, and (2) reimbursement of litigation expenses in the amount of $1,424.10, to be paid from the Underwriter Defendant Settlement Fund and/or the Individual Defendant Settlement Fund.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Appellate Counsel respectfully submits and is filing herewith: (1) the Memorandum of Law in Support of Appellate Counsel William B. Rubenstein's Motion for Attorney's Fees and Reimbursement of Expenses; (2) the accompanying Declaration of William B. Rubenstein with supporting exhibits; and (3) a proposed order, annexed hereto as Exhibit A.

Dated:   New York, New York
         December 29, 2016

                                        Respectfully submitted,

                                        /s/ Jacob K. Jou
                                        Daniel M. Perry
                                        Jacob K. Jou
                                        MILBANK, TWEED, HADLEY & M<u>c</u>CLOY LLP
                                        28 Liberty Street
                                        New York, NY 10005
                                        Telephone: (212) 530-5000
                                        Facsimile: (212) 530-5219
                                        dperry@milbank.com
                                        jjou@milbank.com

                                        William B. Rubenstein (*pro hac vice* motion pending)
                                        1545 Massachusetts Avenue – AR323
                                        Cambridge, Massachusetts 02138
                                        Telephone: (617) 496-7320
                                        Facsimile: (617) 496-4865
                                        rubenstein@law.harvard.edu

                                        *Attorneys for Appellate Counsel William B. Rubenstein*