**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re INDYMAC MORTGAGE-BACKED SECURITIES LITIGATION | Master Docket No. 09-Civ. 04583 (LAK) ECF CASE |
| This Document Relates To: ALL ACTIONS | |

## [PROPOSED] ORDER APPROVING PAYMENT OF CLAIMS ADMINISTRATION EXPENSES

Lead Plaintiffs, Wyoming Retirement System and Wyoming State Treasurer, having moved this Court for an order approving the payment of final claims administration expenses in the above-captioned class action, and the Court, having considered all of the materials submitted in support of the motion, including the Declaration of Jason Rabe Regarding Final Accounting of the Net Settlement Funds, dated April 29, 2021 ("Rabe Declaration"), submitted on behalf of the Court-approved Claims Administrator, Rust Consulting, Inc. ("Claims Administrator"), Lead Plaintiffs' Memorandum of Law, as well as all prior proceedings herein, and after due deliberation;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT THE COURT:**

(a) Approves as fair and reasonable the additional expenses incurred and paid to the Claims Administrator, as reflected in the Rabe Declaration;

(b) Authorizes the payment of the Remaining Balance of $11,592.68 from the Net Settlement Funds to the Claims Administrator as full and final payment for services rendered in connection with the administration of the settlements in this Action; and

(c) As the Settlements have been fully distributed, the Court hereby closes this matter. *The Clerk shall transmit any unresolved matters.*

**IT IS SO ORDERED:**

Dated: 5/3, 2021

_____
The Honorable Lewis A. Kaplan
United States District Judge